UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MARSHALL HUBSHER,

Plaintiff(s),

-against-.

CV-16-5842 (JS) (JMW)

NASSAU COUNTY, ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC., SHERIFF MICHAEL SPOSATO, DR. C MORCOS, DR. HENIG, C. O. COYLE, C.O. "JOHN DOE" and NURSE "JANE DOE",

Defendant(s)
---------------------------------------------------------X

**STIPULATION AND**
**ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that Plaintiff Marshall Hubsher hereby dismisses all of his claims against Defendants, NASSAU COUNTY, ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC., SHERIFF MICHAEL SPOSATO, DR. C. MORCOS, DR. HENIG AND C.O. COYLE with prejudice, and without costs or attorney fees to either party as against the other.

Dated: New York, New York
August 4, 2021

Marshall Hubsher
Marshall Hubsher (Pro Se)
20 Miro Place
Port Washington, NY 11050

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: ______________________
Dale N. McLaren, Esq.
77 Water Street, 21st Floor
(212) 232-1303
Attorneys for Armor Defendants

/s/ Liora Ben-Sorek
NASSAU COUNTY ATTORNEYS OFFICE
By: Liora Ben-Sorek, Esq.
Attorneys for County Defendants
1 West Street,
Mineola, NY 11501
(516) 571-3014

The County is directed to mail a copy of this Stipulation and Order to the pro se Plaintiff and file proof of service to the docket on or before September 16, 2021.

The Clerk of the Court is respectfully directed to mark this case CLOSED.

**SO ORDERED.**

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: September 2, 2021
Central Islip, New York